# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON THOMAS,<br><br>      Plaintiff,<br><br>  v.<br><br>TAKEDA PHARMACEUTICALS USA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL INC.; TAKEDA DEVELOPMENT CENTER AMERICAS, INC.; TAKEDA GMBH; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>      Defendants. | CASE NO. 1:16-CV-01566-LJO-EPGx<br><br>Hon. Lawrence J. O'Neill<br>Courtroom 4<br><br>**ORDER GRANTING JOINT MOTION FOR A STAY PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RESOLUTION OF THE MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407**<br><br>Action Filed: October 14, 2016<br>Trial Date:  None Set |

  The Joint Motion For A Stay Pending The Judicial Panel On Multidistrict Litigation's Resolution Of The Motion To Transfer Pursuant To 28 U.S.C. § 1407 submitted by the parties, Takeda Pharmaceuticals, U.S.A., Inc., Takeda Pharmaceuticals International, Inc., Takeda Development Center Americas, Inc. and Takeda Pharmaceuticals America, Inc. ("Takeda") and Plaintiff Sharron Thomas ("Plaintiff") on January 9, 2017, the Court, having received all evidence and the matter having been submitted, ORDERS as follows:

  IT IS HEREBY ORDERED that:

  1. All proceedings in this action are stayed pending the decision of the Judicial Panel on Multidistrict Litigation ("JPML") on the motion Plaintiff's

counsel filed on October 17, 2016 to transfer this action and fifteen others to a multidistrict litigation, which Plaintiff's counsel requested be established in the United States District Court for the Middle District of Louisiana.  See Ex. 1, Memorandum in Support of Plaintiffs' Motion for Transfer of Actions to the United States District Court for the Middle District of Louisiana Pursuant to 28 U.S.C. § 1407 and JPML Rule 7.2 for Coordinated Pretrial Proceedings; and Ex. 2, In re: Proton-Pump Inhibitor Product Liability Litigation (MDL No. 2757), Schedule of Actions.

2. The Scheduling Conference set for January 26, 2017, along with corresponding deadlines for the parties to meet and confer and submit a Joint Scheduling Report in advance of the Scheduling Conference, is adjourned, including a stay of all corresponding deadlines for the parties to hold a discovery conference and submit a Joint Scheduling Report, until after the JPML decides the motion requesting an MDL.

IT IS SO ORDERED.

Dated:   **January 10, 2017**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE